UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

DANIEL J. STRANG,

                           Plaintiff,

    - against -

CHASE MANHATTAN BANK, USA, N.A.,

                         Defendant.

-----------------------------------------------------------X

FILED
2003 NOV 17  P 4: 04
US DISTRICT COURT
HARTFORD CT

Civil Action No.:
302CV564(AWT)

## CHASE'S MOTION TO COMPEL

Pursuant to Federal Rules of Civil Procedure 37(a)(2), defendant Chase Manhattan Bank, USA, N.A. ("Chase") moves for an order: (1) compelling plaintiff to appear for a deposition in Connecticut after Chase receives plaintiff's medical records; (2) compelling plaintiff to provide an un-redacted copy of his retainer agreement; and (3) granting Chase such other and further relief as the Court deems just and proper. An affidavit of good faith and memorandum of law is submitted herewith.

Dated:    East Meadow, New York
            November 14, 2003

                          SIMMONS, JANNACE & STAGG, L.L.P.

By: _____
     Thomas E. Stagg (ct 23429)
     Attorneys for Defendant
     Chase Manhattan Bank, USA, N.A.
     **Office & P.O. Address:**
     The Financial Center
     90 Merrick Avenue, Suite 102
     East Meadow, New York 11554
     (516) 357-8100

**ORAL ARGUMENT IS NOT REQUESTED**

## CERTIFICATE OF SERVICE

DANIEL J. STRANG
v.
CHASE MANHATTAN BANK, USA, N.A.

U.S.D.C., District of Connecticut
Case No. 302CV564 (AWT)

This is to certify that a copy of the foregoing CHASE'S MOTION TO COMPEL was mailed, first class mail, postage prepaid, on this 14th day of November, 2003, to:

Zenas Zelotes, Esq.
Attorney for Plaintiff
753 Buddington Road
Groton, CT 06320

BY: _____
THOMAS E. STAGG (ct23429)
Simmons, Jannace & Stagg, L.L.P.