UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 25  A 9: 36

US DISTRICT COURT
HARTFORD CT

------------------------------x
DANIEL J. STRANG,              :
                               :
         Plaintiff,            :
                               :
v.                             :    Civ No. 3:02CV564(AWT)
                               :
CHASE MANHATTAN BANK, N.A.,    :
                               :
         Defendant.            :
                               :
------------------------------x

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_   A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

__X__   A ruling on the following motion(s), which is/are currently pending:(orefm.)
        • Doc.# <u>101</u> <u>Motion to Compel</u>

\_\_\_\_\_   A settlement conference (orefmisc./cnf)

\_\_\_\_\_   A conference to discuss the following: (orefmisc./cnf)
        _____

\_\_\_\_\_   Other: (orefmisc./misc)_____

        SO ORDERED this 24th day of November, 2003, at Hartford, Connecticut.

                              _____
                              Alvin W. Thompson
                              United States District Judge