IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Daniel J. Strang**<br>　　　　　　　　Plaintiff<br>v.<br>**Chase Manhattan Bank, N.A.**<br>　　　　　　　　Defendant | )<br>)<br>)<br>)   302cv564(AWT)<br>)<br>)<br>)<br>)   December 3, 2003 |

FILED
2003 DEC -4 P 2:29
US DISTRICT COURT
HARTFORD CT

## MOTION FOR CONTEMPT

The defendants, having failed to timely comply with the court's order of 09/05/02 (Chatigny, J.) (Doc. #97) compelling discovery outstanding, the plaintiff prays that, pursuant to Fed.R.Civ.P. § 37(b) the defendant be held in contempt of court and that appropriate sanction enter.

A supporting memorandum ("Objection to Motion to Compel and Memorandum in Support of Cross-Motion for Contempt") and affidavit accompany this motion.

　　　　　　　　　　　　　　　　　Daniel J. Strang, Plaintiff
　　　　　　　　　　　　　　　　　By his Attorney
　　　　　　　　　　　　　　　　　ZENAS ZELOTES, ESQ.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Zenas Zelotes, Esq.
　　　　　　　　　　　　　　　　　Consumer Law Office of
　　　　　　　　　　　　　　　　　Zenas Zelotes, Esq.
　　　　　　　　　　　　　　　　　753 Buddington Road
　　　　　　　　　　　　　　　　　Groton CT 06320
　　　　　　　　　　　　　　　　　(860) 448-6140
　　　　　　　　　　　　　　　　　Fed Bar No. ct23001

**ORAL ARGUMENT REQUESTED**