IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -4 P 2:29
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| Daniel J. Strang | ) |
|       Plaintiff | ) |
| v. | )  302cv564(AWT) |
| Chase Manhattan Bank, N.A. | ) |
|       Defendant | ) |
| | )  December 3, 2003 |

### AFFIDAVIT IN SUPPORT OF MOTION FOR CONTEMPT

I, Zenas Zelotes, do hereby solemnly swear and attest, subject to the pains and penalties of perjury, that the following statement is true to the best of my knowledge and ability:

On at least two occasion since the discovery outstanding was ordered compelled, I have inquired of the defendant, but the discovery has not since forth come.

ZENAS ZELOTES, ESQ.

_____
Zenas Zelotes, Esq.
Consumer Law Office of
Zenas Zelotes, Esq.
753 Buddington Road
Groton CT 06320
(860) 448-6140
Fed Bar No. ct23001

1