**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
DANIEL J. STRANG,              :
                               :
          Plaintiff,           :
                               :
v.                             :     Civ No. 3:02CV564(AWT)
                               :
CHASE MANHATTAN BANK, N.A.,    :
                               :
          Defendant.           :
                               :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_   A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

__X__   A ruling on the following motion, which is currently pending:(orefm.)
- Doc.# <u>105 Motion for Contempt</u>

\_\_\_\_\_   A settlement conference (orefmisc./cnf)

\_\_\_\_\_   A conference to discuss the following:  (orefmisc./cnf) _____

\_\_\_\_\_   Other:  (orefmisc./misc)_____

SO ORDERED this 15th day of December, 2003, at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge