CT/cvmhrg (January 10, 2002)

TOTAL TIME: ___ hours _15_ minutes

HONORABLE _D.F. Martinez_
DEPUTY CLERK _R.K. Wood_    RPTR/ERO/TAPE _S. Bowles_

DATE _1/15/04_    START TIME _10:55 a.m._  END TIME _11:10 a.m._
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Strang_

vs.

_Chase_

CIVIL NO. _3:02CV 564 (AWT)_

§
§
§    _Zenas Zelotes_
§    Plaintiffs Counsel
§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§    _Andrew Kazin_
§    Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ _Telephonic_
☑ (mtnrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mschrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

☑ ...#_101_  Motion _to compel_ _____ ☐ granted ☐ denied ☑ advisement
☑ ...#_105_  Motion _for contempt_ _____ ☐ granted ☐ denied ☑ advisement
☐ ...#_____  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...#_____  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...#_____  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...#_____  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...   Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...   Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...   Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...   Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....  ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ...   _____ ☐ filed ☐ docketed
☐ ...   _____ ☐ filed ☐ docketed
☐ ...   _____ ☐ filed ☐ docketed
☐ ...   _____ ☐ filed ☐ docketed
☐ ...   _____ ☐ filed ☐ docketed
☐ ...   _____ ☐ filed ☐ docketed
☐ ...   _____ ☐ filed ☐ docketed
☐ ...   _____ ☐ filed ☐ docketed
☐ ...   _____ ☐ filed ☐ docketed
☐ .....  _____ Hearing continued until _____ at _____