# SIMMONS, JANNACE & STAGG, L.L.P.

KEVIN P. SIMMONS
STEVEN D. JANNACE
THOMAS E. STAGG*◊
DEBRA LYNNE WABNIK*

WILLIAM T. COLLINS, III
JACQUELINE DELLA CHIESA
SAL F. DELUCA ∆
KATHRYN FITZGERALD
DANIEL P. GREGORY*
KERRY L. HOLLAND
J. MARK KANG
ANDREW KAZIN
MICHAEL D. KERN ∆
STEPHEN A. SALTZMAN
USTIN M. STOGER
IICHELLE E. TARSON*

ATTORNEYS AT LAW
THE FINANCIAL CENTER
90 MERRICK AVENUE
SUITE 102
EAST MEADOW, NEW YORK 11554
(516) 357-8100
FAX (516) 357-8111

45 ESSEX STREET, SUITE 200
HACKENSACK, NJ 07601

700 CANAL STREET
STAMFORD, CONNECTICUT 06902

COUNSEL

SUSAN B. JANNACE
VIRGINIA COYNE
ROSS M. CHINITZ ∆
KRISTEN RENZULLI*

*ALSO ADMITTED NJ
∆ALSO ADMITTED CT
◊ALSO ADMITTED DC

December 23, 2003

*[Handwritten annotation in left margin: "The Clerk of the Court shall docket this letter. SO ORDERED. 1/16/04"]*

Honorable Donna F. Martinez
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

Re: Daniel J. Strang v. Chase Manhattan Bank USA, N.A.
Case No.: 3:02CV564 (AWT)
Our File No.: CCC 2366

Dear Judge Martinez:

We represent defendant Chase Manhattan Bank USA, N.A. in this matter. Chase's motion to compel plaintiff to appear for a deposition in Connecticut and provide an unredacted copy of his retainer agreement is scheduled for oral argument on January 15, 2004. Subsequent to Chase serving this motion, plaintiff reversed his position and agreed to appear for a deposition in Connecticut. That deposition occurred on December 19, 2003. Accordingly, the portion of Chase's motion that seeks to compel plaintiff to appear for a deposition in Connecticut is now moot.

Respectfully submitted,

Thomas E. Stagg

TES:jr
cc: Zenas Zelotes, Esq.

martinez ltr04