IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Daniel J. Strang Plaintiff v. Chase Manhattan Bank, N.A. Defendant | ) ) ) ) 302cv564(AWT) ) ) ) ) December 3, 2003 |

FILED 2003 DEC -4 P 2:29
US DISTRICT COURT
HARTFORD CT

### MOTION FOR CONTEMPT

The defendants, having failed to timely comply with the court's order of 09/05/02 (Chatigny, J.) (Doc. #97) compelling discovery outstanding, the plaintiff prays that, pursuant to Fed.R.Civ.P. § 37(b) the defendant be held in contempt of court and that appropriate sanction enter.

A supporting memorandum ("Objection to Motion to Compel and Memorandum in Support of oss-Motion for Contempt") and affidavit accompany this motion.

 Daniel J. Strang, Plaintiff
 By his Attorney
 ZENAS ZELOTES, ESQ.

 Zenas Zelotes, Esq.
 Consumer Law Office of
 Zenas Zelotes, Esq.
 753 Buddington Road
 Groton CT 06320
 (860) 448-6140
 Fed Bar No. ct23001

**ORAL ARGUMENT REQUESTED**

---

[Handwritten margin note:] DENIED. The defendant produced the responsive documents on January 8, 2004. The court does not countenance the defendant's tardy disclosure; nor, however does the late production of responsive documents justify a finding of contempt. SO ORDERED.
Donna F. Martinez, U.S.M.J.
1/16/04

[Stamp:] 2004 JAN 16 P 5:20 U.S. DISTRICT COURT HARTFORD, CT