UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 16 P 5:19

U.S. DISTRICT COURT
HARTFORD, CT.

DANIEL J. STRANG,

    Plaintiff,

v.

CHASE MANHATTAN BANK, N.A.,

    Defendant.

CASE NO. 3:02CV564(AWT)

### O R D E R

Pending before the court is the defendant's motion to compel. (Doc. #101.) The defendant requested the plaintiff produce a copy of the retainer agreement he entered into with his attorney. The plaintiff objected on the grounds that the retainer agreement contains material protected by the attorney-client privilege and is not relevant. The plaintiff produced a redacted copy of the agreement. The defendant now moves to compel the plaintiff to produce an unredacted copy of the retainer agreement. The plaintiff argues that the redacted portions of the retainer agreement are: (1) protected by the attorney-client privilege and (2) not relevant.

It is hereby ORDERED that the plaintiff shall submit a complete copy of the retainer agreement to the chambers of the undersigned within ten days of the date of this ruling for <u>in camera</u> inspection. <u>See</u> <u>Funke v. Life Financial Corp.</u>, No. 99 CIV. 11877 (CBM), 2003 WL 1787125, at *1 (S.D.N.Y. Apr. 3, 2003)(ordering plaintiffs to produce their retainer agreements for court's <u>in camera</u> review).

SO ORDERED at Hartford, Connecticut this 16th day of January, 2004.

Donna F. Martinez
United States Magistrate Judge