## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____
                                                                    )
**DANIEL J. STRANG**                                 )
                                                                    )
                            **Plaintiff**           )
   vs.                                                        )     **Case No. 3:02CV564 (AWT)**
                                                                    )
**CHASE MANHATTAN BANK USA N.A.**      )
                                                                    )
                            **Defendant**         )
_____)     **February 2, 2004**


## NOTICE OF SETTLEMENT

Pursuant to Local Rule of Civil Procedure 41(b), the plaintiff hereby notices the court that this matter has settled.


Respectfully Submitted,

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC //* Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001 Tel: (860) 442-2265 // Fax: (860) 739-0295

1

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

Simmons Jannace & Stagg
Attn: Thomas Stagg
90 Merrick Ave., Suite 102
East Meadow, NY, 11554          2/2/04

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

****
Attn: ***
**
**                              2/2/04

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail on the date(s) reflected.

February 2, 2004

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 439-0295

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

****
Attn: ***
**
**                              2/2/04