IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 10 A 11: 30
U.S. DISTRICT COURT
HARTFORD, CT.

DANIEL J. STRANG )
)
)
                  **Plaintiff** )
vs. ) Case No. 3:02CV564 (AWT)
)
CHASE MANHATTAN BANK USA N.A. )
)
                  **Defendant** )
) March 8, 2004

## REQUEST FOR DISMISSAL

The terms of settlement are complete. The plaintiff asks that this matter be deemed dismissed with prejudice.

Respectfully Submitted,

*[signature]*

ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC* // Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001 Tel: (860) 442-2265 // Fax: (860) 439-0295

1

**Zenas Zelotes** LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

Simmons Jannace & Stagg
Attn: Thomas Stagg
90 Merrick Ave., Suite 102
East Meadow, NY, 11554        3/8/04

**Zenas Zelotes** LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

\*\*\*\*
Attn: \*\*\*
\*\*
\*\*                              3/8/04

---

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail on the date(s) reflected.

March 8, 2004

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 439-0295

---

**Zenas Zelotes** LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

\*\*\*\*
Attn: \*\*\*
\*\*
\*\*                              3/8/04