IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 10 A 11: 30
U.S. DISTRICT COURT
HARTFORD, CT.

|  |  |
|---|---|
| DANIEL J. STRANG ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | Case No. 3:02CV564 (AWT) |
| ) | |
| CHASE MANHATTAN BANK USA N.A. ) | |
| ) | |
| Defendant ) | |
| ) | March 8, 2004 |

### REQUEST FOR DISMISSAL

The terms of settlement are complete. The plaintiff asks that this matter be deemed dismissed with prejudice.

Respectfully Submitted,

_____
ZENAS ZELOTES, ESQ.
Zenas Zelotes LLC // Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001 Tel: (860) 442-2265 // Fax: (860) 439-0295

**APPROVED and SO ORDERED.**

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT    3/12/04

1

2004 MAR 15 P 5: 04
U.S. DISTRICT COURT
HARTFORD, CT.
FILED